MINUTE ENTRY
VANCE, J.
MAY 25, 2022

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE |
| VERSUS | NO. 20-092 |
| DONIESHA GIBSON (BOND) | SECTION: R |

**CASE MANAGER:** BRAD NEWELL/CHERIE STOUDER
**COURT REPORTER:** KAREN IBOS

### SENTENCING HEARING
(via videoconference)

**APPEARANCES:** DONIESHA GIBSON, DEFENDANT
PATRICK LINDSEY WILLIAMS, COUNSEL FOR DEFENDANT
EDWARD RIVERA, ASSISTANT U.S. ATTORNEY
U.S. PROBATION OFFICER, SHALITA MORGAN

Court begins at 10:32 a.m.
All present and ready.
Court finds defendant knowingly waives her right to be physically present and agrees to participate by videoconferencing (waiver attached).
Defendant sentenced as to Count 1 of the Indictment.
Government's Motion for 3-Level Reduction, GRANTED.
Statement by defendant in mitigation of sentence.
Statement by counsel for defendant in mitigation of sentence.
Defendant sentenced.
See Judgment and Commitment order.
Appeal rights explained.
Government orally moves to dismiss Counts 2-4 of the Indictment.
Defendant released on bond to self-surrender on July 25, 2022, on or before 12:00 PM (noon).
Counsel thanked and excused.
Court adjourned at 10:49 a.m.

JS-10: 00:17