UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 20-92 |
| DONIESHA GIBSON | SECTION "R" |

## WAIVER OF RIGHT TO PHYSICALLY APPEAR BEFORE COURT AND REQUEST TO PROCEED BY VIDEOCONFERENCING FOR SENTENCING

1. I understand that a defendant has the right to be present at arraignment, change of plea, and sentencing pursuant to Federal Rule of Criminal Procedure 43.

2. I understand that, in some circumstances, a defendant may be present or appear at the above-described hearings by videoconference. *See* Eastern District of Louisiana, General Order 22-1.

3. My attorney has explained to me my right to be present at my hearing, and I hereby knowingly and voluntarily waive my right to be present in person for this hearing and consent to appear for these proceedings by videoconference.

4. I understand that if the Court accepts my waiver, I will appear and participate in my hearing by videoconference.

5. I have read the above statement, and I understand it fully. Because of the outbreak of COVID-19, I request that my sentencing hearing be held by videoconference.

*[signature]*
Signature of Defendant

5-23-22
Date

*[signature]*
Signature of Defendant's Attorney

5-23-22
Date