UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 20-92 |
| | * | SECTION "R" |
| v. | | |
| DONEISHA GIBSON | * | |

\* \* \* \* \*

## ORDER

Considering the forgoing motion to withdraw the motion for compassionate release and counsel, the aforementioned motion is GRANTED.

New Orleans, Louisiana this 5th day of January, 2023.

_Sarah Vance_
**U.S. DISTRICT COURT JUDGE**