Doniesha Gibson
5610 Painters St.
New Orleans, LA 70122

Dear Doniesha,

Congratulations! You have been accepted for the August 2024 Practical Nursing class at Nunez Community College. In order to reserve your seat in the August 2024 class, please create a Nurse Portal account for Louisiana State Board of Practical Nurse Examiners (LSBPNE) and complete the enclosed Acceptance Confirmation Form. Please return the Acceptance Confirmation Form via email to nursing@nunez.edu. Your response must be received within three (3) days of receipt of this letter. If your acceptance form is not received within the time allotted, your seat may be forfeited to another candidate.

In addition to emailing your acceptance response, you must also attend a mandatory nursing orientation being held on Tuesday, July 23, 2024 in Building D, Room 117. There will be two sessions in which to choose from: 8:30-11:30 AM or 1:00-4:00 PM. Please R.S.V.P. on the enclosed Acceptance Confirmation Form with the session time that you will be attending. Please be prompt upon arrival. Please also **thoroughly** review the attached New Student Packet and complete all required paperwork. Please bring all required documents to nursing orientation.

Upon entering the Practical Nursing Program, all nursing students are required to complete state and federal background checks. If the background check is flagged as abnormal, the student will be unable to continue in the nursing program due to inability to place student in the clinical setting, which will result in dismissal from the nursing program. Additionally, all nursing students are required to participate in a drug screening the first week of class. Positive drug screens will be reported to LSBPNE and will result in dismissal from the nursing program.

Information will be provided during orientation regarding registration for the Fall 2024 nursing classes. Please **thoroughly** read through all of the included paperwork. If you have any questions, please contact nursing@nunez.edu. We look forward to working with you as you begin your nursing education!

Sincerely,

*Brittney Zaffuto*

Brittney Zaffuto, MSN-Ed, RN-BC, CNE
Practical Nursing Program Director
Nunez Community College

**OUR MISSION**
Nunez Community College is a student-centered institution that delivers a relevant and innovative curriculum integrating the arts, sciences, and humanities leading to academic credentials and workforce opportunities. Nunez serves a vital role in the community by engaging with partners to support student success and personal growth.

**OUR VALUES**
Student-Centered
Caring
Teaching and Learning
Innovation
Integrity