IN THE UNITED STATES DISTRICT COURT
FOR THE UNITED STATES DISTRICT COURT EASTERN DISTRICT

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED APR 28 2025

CAROL L. MICHEL
CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Plaintiff, | |
| DONIESHA GIBSON<br>10 BAY PARK WAY APT 171<br>BAY ST LOUIS MS 39520 | V. | 20CR00092 |
| LCMC Health<br>1100 POYDRAS STREET<br>NEW ORLEANS, LA 70163 | Defendant,<br><br>Garnishee. | |

## ANSWER OF THE GARNISHEE

I am authorized by the above-named Garnishee to make this declaration on its behalf regarding the Writ of Continuing Garnishment.

A. On 04/16/2025 Garnishee was served with the Writ of Continuing Garnishment for the pay period in effect on the date of service: 03/23/2025 (Pay Period Date).

(1) Defendant is in my/our employ. [X] Yes [ ] No
Employee Status: ACTIVE    Date: 04/12/2023

( ) If checked, the defendant has filed for a bankruptcy.

(2) Pay period is:
___ Weekly;  _X_ Bi-Weekly;  ___ Semi-Monthly;  ___ Monthly;
Enter date present pay period began. 03/23/2025
(Present means pay period in which Writ of Continuing Garnishment was served).

Enter the date above pay period ends. 04/05/2025

(3) Enter amount of net wages. Calculate below:

| | |
|---|---:|
| (a) Gross Pay | 1,210.50 |
| (b) Federal Income Tax | |
| (c) F.I.C.A Income Tax | |
| (d) State Income Tax | |
| (e) City/Local Income Tax | |
| Total of tax witholdings | 130.60 |
| Disposable Earnings<br>{Line (a) less total of (b, c, d, e)} | 1,079.90 |
| (f) 25% of disposable earnings or disposable minus 30 times effective minimum wage | 269.98 |

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.

(4). Have there been previous garnishments which are presently in effect, including, but not limited to, child support and alimony?
☐ Yes   ☒ No.   If yes, describe below.

B. The Garnishee has custody, control or possession of the following property (other than disposable earnings indicated above), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
|  |  |  |

C. Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 269.98 | 04/25/2025 |
|  |  |
|  |  |
|  |  |

D. Check the applicable line below if you deny that you hold property subject to this Order of garnishment.

_____ The Garnishee makes the following claim of exemption on the part of Defendant:

_____ Has the following objections, defenses, or set-offs to Plaintiffs right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____ Garnishee was then in no manner and upon no account indebted or under liability to the defendant, DONIESHA GIBSON _____, and that the Garnishee did not have in its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

E. The Garnishee mailed a copy of this Answer by First-Class Mail to (1) the Defendant named in the documents I received and (2) the attorney for the United States, UNITED STATES DEPARTMENT OF JUSTICE, 650 POYDRAS STREET, SUITE 1600, NEW ORLEANS, LA, 70130

*Bonnie VanDeventer*
Signature
Bonnie VanDeventer
Printed Name
Payroll Coordinator
Title
04/17/2025
Date



ADP LETTER - ADPCIIN

LCMC HEALTH
ATTN PAYROLL
2000 CANAL STREET

NEW ORLEANS, LA  70112

518


CLERK UNITED STATES DISTRICT COURT EASTERN D
FINANCIAL UNIT
500 POYDRAS ST
NEW ORLEANS, LA  70130-3319

Web: https://garnishments.adp.com
E-mail : garn.agencyhelp@adp.com
Phone: (800) 823-6731

G

20CR00092

